

FILED
2021 AUG 30 P 2:08

United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:21-CV-1002

Name: Charles R. Clemens

Address: 22527 Welborne Manor SE,
Ashburn, VA 20148-3145

Telephone Number: (518) 795-9301

Email Address: NYchuck@hotmail.com

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: [signed] Charles R. Clemens    Date: 8/29/2021

Court Use Only:

The request is GRANTED _____ or DENIED _____

_____    _____
(Judge's Signature)              (Date)