# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLES R. CLEMENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:21-CV-1002 |
| | ) |
| COUNSELORCHEN, P.C., CONSUMER SOLUTION CENTER, JOHN ESTRADA, BRIAN W. BRITTAN, AND GLOBAL CLIENT SOLUTIONS, LLC | ) ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS COUNSELORCHEN, P.C.'s MOTION TO DISMISS

ON THIS DAY, the Court considered Defendant CounselorChen, P.C.'s Motion to Dismiss Plaintiff's Complaint. The Court finds the Motion should be granted.

IT IS THEREFORE ORDERED that CounselorChen, P.C.'s Motion to Dismiss is Granted. All claims against CounselorChen, P.C. are dismissed with prejudice.

Signed this _____ day of _____, 2021

_____
HONORABLE LIAM O'GRADY
UNITED STATES DISTRICT COURT JUDGE