# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLES R. CLEMENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-CV-1002 |
| | ) |
| COUNSELORCHEN, P.C., CONSUMER | ) |
| SOLUTION CENTER, JOHN ESTRADA, | ) |
| BRIAN W. BRITTAN, AND GLOBAL | ) |
| CLIENT SOLUTIONS, LLC | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, January 28, 2022, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the Defendant, CounselorChen, P.C. will present to the Court the Motion to Dismiss Plaintiff's Complaint.

*/s/ Jeffrey Lohman*
Jeffrey Lohman, Esq.
Pro Hac Vice
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front Street
Suite 201
Temecula, CA 92590
P. (866) 329-9217
F. (512) 369-3535
jeffl@jlohman.com


/s/ Andrew S Chen            .
Andrew S. Chen, Esq.
VA Bar 79562
CounselorChen, P.C.
6802 Paragon Place, Suite 410

Richmond, VA 23230
(Office) 804-277-9381
achen@counselorchen.com

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing was served on all parties and counsel of record via the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure on December 20, 2021

*/s/ Jeffrey Lohman.*
Jeffrey Lohman