IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CHARLES R. CLEMENS, | ) |
|                    *Plaintiff*, | ) |
| v. | ) Civil Action No. 1:21-cv-01002 |
| COUNSELORCHEN, P.C., ET AL., | ) Hon. Liam O'Grady |
|                    *Defendants*. | ) |

## ORDER

This matter comes before the Court on the Notice of Voluntary Dismissal filed by Plaintiff Charles R. Clemens on February 14, 2022. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismissed all claims in this action without prejudice as to Defendant CounselorChen, P.C. and Defendant Global Client Solutions.

The Motion to Dismiss filed by Defendant CounselorChen, Dkt. 23, and the Motion to Dismiss filed by Defendant Global Client Solutions, Dkt. 26, are both hereby **DENIED AS MOOT.**

The hearing on these motions scheduled for Friday, February 25, 2022 will be removed from the Court's docket.

To the extent that Plaintiff has not completed service upon the remaining named Defendants, he should do so immediately. Upon being served, the remaining named Defendants are **ORDERED** to respond to Plaintiff's Complaint within 30 days of receipt of service.

Corporate defendants must retain counsel. Alternatively, Plaintiff may choose to dismiss all claims in this action as to all remaining Defendants.

It is **SO ORDERED.**

February 18, 2022
Alexandria, Virginia

/s/ Liam O'Grady
Liam O'Grady
United States District Judge