# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

FILED

2022 FEB 14 P 1:39

**CHARLES R. CLEMENS**

**Plaintiff Pro Se**

CIVIL ACTION NO. 1:21-CV-1002

v.

**COUNSELORCHEN, P.C.** a Virginia Corporation
**CONSUMER SOLUTION CENTER,** an unregistered CA company
**JOHN ESTRADA,** an individual operating an unregistered CA Company in VA
**BRIAN W. BRITTAIN,** an individual operating an unregistered CA Company in VA
**GLOBAL CLIENT SOLUTIONS,** an Oklahoma LLC
**CANDICE O'BRIEN,** an individual
**JOHN/JANE DOES 1-5** are unknown entities

**Defendants**

_____/

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff Charles R. Clemens ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action without prejudice as to Defendant CounselorChen, P.C., and Global Client Solutions.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:
(a) Voluntary Dismissal.
(1) By the Plaintiff.
(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2,
and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

Defendant has served neither an Answer to Plaintiff's Complaint nor a Motion for Summary Judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: February 14, 2022

Respectfully submitted,

*[signature]*

Charles R. Clemens
Plaintiff Pro Se
22527 Welborne Manor SQ
Ashburn, VA  20148

Telephone: (518) 495-9301
Fax: (703) 951-0444
Email: nychuck@hotmail.com

## CERTIFICATE OF SERVICE

I, Charles R. Clemens, hereby certify that I served a true and correct copy of the foregoing Notice of Voluntary Dismissal with the Clerk of the United States District Court for the Eastern District of Virginia by hand delivery this February 14, 2022, with instruction to notify all counsel of record via the court's ECF electronic notice.

_____
Charles R. Clemens