UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**CHARLES R. CLEMENS**

**Plaintiff Pro Se**

CIVIL ACTION NO.   1:21-CV-1002

v.

**COUNSELORCHEN, P.C.** a Virginia Corporation
**CONSUMER SOLUTION CENTER,** an unregistered CA company.
**JOHN ESTRADA,** an individual operating an unregistered CA Company in VA.
**BRIAN W. BRITTAIN,** an individual operating an unregistered CA Company in VA.
**GLOBAL CLIENT SOLUTIONS,** an Oklahoma LLC
**CANDICE O'BRIEN,** an individual
**JOHN/JANE DOES 1-5** are unknown entities

**Defendants**

_____/

<u>**PLAINTIFF'S MOTION for CLERK'S ENTRY of DEFAULT**</u>

The Plaintiff, CHARLES R. CLEMENS, requests the clerk pursuant to Fed. R. Civ. P. 55(a) enter default against the following defendants:

CONSUMER SOLUTION CENTER, JOHN ESTRADA, and BRIAN W. BRITTAIN were all served on 11/26/2021 and answers were due on 12/17/2021.  See ECF No. 6, ECF No. 8, ECF No. 9.

CANDICE O'BRIEN was served on 11/24/2021 and an answer was due on 12/15/2021. See ECF No. 11.

As of March 1, 2022, Consumer Solution Center, John Estrada, Brian W. Brittain, nor Candice O'Brien have filed an answer or motion.

Plaintiff checked the docket of the above-captioned case on CM/ECF March 3, 2022. It did not show any answer or other response from Defendants.

As such, the DEFENDANTS should be held in default.


Dated: March 7, 2022


_____
Charles R. Clemens
Plaintiff Pro Se
22527 Welborne Manor SQ
Ashburn, VA  20148

Telephone:    (518) 495-9301

Fax:          (703) 951-0444

Email:        nychuck@hotmail.com