IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Charles R. Clemens ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO.   1:21-cv-1002 |
| ) | |
| Counselorchen, P.C. et. al., ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF DEFAULT**

In accordance with plaintiff's request to enter default and affidavit of Charles R. Clemens, the Clerk of this Court does hereby enter the default of Consumer Solutions Center, John Estrada, Brian W. Brittain, and Candice O'Brien for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT

BY:    /s/
N. Neblett
DEPUTY CLERK

DATED:  10/25/2022