EXHIBIT
1

| Call # | Date | Time | Phone # | Transaction Type | City, State | Contact Name |
|---|---|---|---|---|---|---|
| 1 | 8/30/2019 | 3:02 PM | (878) 201-9429 | Call | Rochester, PA | Jason, John Estrada |
| 2 | 9/3/2019 | 11:59 AM | (949) 555-1212 | Call | United States | John Estrada |
| 3 | 9/4/2019 | 12:17 PM | (949) 555-1212 | Call | | John Estrada |
| 4 | 9/4/2019 | 12:55 PM | (949) 555-1212 | Call | | John Estrada |
| 5 | 9/4/2019 | 1:51 PM | (949) 555-1212 | Call | | John Estrada, Paula w Counselor Chen Office |
| 6 | 9/4/2019 | 2:21 PM | (949) 555-1212 | Call | | John Estrada |
| 7 | 9/4/2019 | 6:01 PM | (949) 555-1212 | Call | | John Estrada, Lucy E. w Counselor Chen Office |
| 8 | 9/5/2019 | 3:13 PM | (571) 298-7565 | Call | Woodbridge, VA | Candice O'Brien |
| 9 | 9/6/2019 | 12:20 PM | (949) 555-1212 | Call | | |
| 10 | 9/6/2019 | 1:02 PM | (949)440-1304 | Call | | John Estrada |
| 11 | 9/6/2019 | 1:02 PM | (949)440-1304 | Call | | John Estrada |
| 12 | 9/6/2019 | 3:11 PM | (949)555-1212 | Call | | John Estrada |
| 13 | 9/6/2019 | 3:12 PM | (949)555-1212 | Call | | John Estrada |
| 14 | 9/9/2019 | 6:02 PM | (571)298-7565 | Call | | Candice O'Brien |
| 15 | 9/10/2019 | 2:11 PM | (949)555-1212 | Call | | John Estrada |
| 16 | 9/10/2019 | 3:17 PM | (949)440-1304 | Call | | John Estrada |
| 17 | 9/10/2019 | 3:20 PM | | Text | | John Estrada |
| 18 | 9/10/2019 | 4:31 PM | (949)440-1304 | Call | | John Estrada |
| 19 | 9/10/2019 | 5:57 PM | (949)440-1304 | Call | | John Estrada |
| 20 | 9/10/2019 | 8.01 PM | (949)440-1304 | Call | | John Estrada |
| 21 | 9/11/2019 | 1:18 PM | (949)440-1304 | Call | | John Estrada |
| 22 | 9/11/2019 | 3:03 PM | (949)555-1212 | Call | | John Estrada |
| 23 | 9/12/2019 | 1:04 PM | (949)440-1304 | Call | | John Estrada |
| 24 | 9/12/2019 | 1:07 PM | (949)555-1212 | Call | | John Estrada |
| 25 | 9/12/2019 | 1:12 PM | (949)555-1212 | Call | | John Estrada |
| 26 | 9/12/2019 | 1:17 PM | (714)390-3016 | Call | | Brian Brittain |
| 27 | 9/23/2019 | 5:55 PM | (949)555-1212 | Call | | John Esdtrada |
| 28 | 9/25/2019 | 8:16 PM | (949)440-1304 | Call | | John Estrada |