r. Charles Clemens
:527 Welborne Manor Sq.
shburn VA 20148

CERTIFIED MAIL

UTF

7020 0090 0002 2621 5383

US POSTAGE PITNEY BOWES

ZIP 23219 $ 009.36[0]
02 4W
0000370717 NOV 22 2021

Ret.

PETITIONER'S EXHIBIT 2

Mr. John Estrada
1340 Reynolds Ave
116
Irvine, CA 92614

7212/02/21

NIXIE 910 42 1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20148314527 2347N336165-01397

Mr. Charles Clemens
22527 Welborne Manor S
Ashburn VA 20148

CERTIFIED MAIL

7020 0090 0002 2621 5376

$ 009.36

Ref.

Consumer Solution Center
1370 Reynolds

NIXIE 910 4C 1 7212/02/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 20148314527 2347N336165-01393

22527 Welborn Manor Sq.
Ashburn VA 2 3

7020 0090 0002 2621 5390

ZIP 23219 $ 009.36[0]
02 4W
0000379184 NOV 22 2021

NL
11/27

Brian Brittain

P. O. Box 130818

-R-T-S- 920135110-1N 12/07/21

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

013- 0818