PETITIONER'S EXHIBIT 7

# Jacqueline Beal

**518.495.9301 | iPhone 6S**

## Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Sep 4 | 2:31 PM | 703.901.0124 | Ashburn, VA | Alexandria, VA | 3 | -- | -- | -- |
| Sep 4 | 2:51 PM | 872.215.9923 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 4 | 3:01 PM | 703.952.5417 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 4 | 3:57 PM | 518.404.1557 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 4 | 4:07 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 4 | 4:55 PM | 508.206.8839 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 4 | 6:01 PM | 949.555.1212 | Ashburn, VA | Incoming, CL | 28 | -- | -- | -- |
| Sep 4 | 7:54 PM | 703.757.4844 | Ashburn, VA | Greatfalls, VA | 12 | -- | -- | -- |
| Sep 4 | 9:59 PM | 732.981.9200 | Ashburn, VA | Dunellen, NJ | 3 | -- | -- | -- |
| Sep 5 | 10:54 AM | 703.729.6222 | Ashburn, VA | Leesburg, VA | 3 | -- | -- | -- |
| Sep 5 | 10:56 AM | 571.455.0466 | Ashburn, VA | Wsngtnzn19, VA | 2 | -- | -- | -- |
| Sep 5 | 12:50 PM | 703.757.4844 | Ashburn, VA | Incoming, CL | 5 | -- | -- | -- |
| Sep 5 | 1:36 PM | 775.234.0637 | Ashburn, VA | Incoming, CL | 4 | -- | -- | -- |
| Sep 5 | 2:05 PM | 518.675.0874 | Ashburn, VA | Incoming, CL | 25 | -- | -- | -- |
| Sep 5 | 3:13 PM | 571.298.7565 | College PA, MD | Incoming, CL | 2 | -- | -- | -- |
| Sep 5 | 3:39 PM | 508.206.8839 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 5 | 3:46 PM | 703.901.0124 | College PA, MD | Alexandria, VA | 4 | -- | -- | -- |
| Sep 5 | 4:01 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 11 | -- | -- | -- |
| Sep 5 | 4:07 PM | 703.952.5417 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 5 | 4:18 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 5 | 4:19 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 5 | 6:36 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 5 | 7:35 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 4 | -- | -- | -- |
| Sep 5 | 8:02 PM | 703.757.4844 | Ashburn, VA | Greatfalls, VA | 61 | -- | -- | -- |
| Sep 5 | 10:33 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 5 | 11:55 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 6 | -- | -- | -- |
| Sep 6 | 1:02 PM | 949.440.1304 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 6 | 1:02 PM | 949.440.1304 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 6 | 2:36 PM | 800.676.6856 | Ashburn, VA | Toll-Free, CL | 3 | -- | -- | -- |
| Sep 6 | 2:53 PM | 914.251.2472 | Ashburn, VA | Incoming, CL | 4 | -- | -- | -- |
| Sep 6 | 3:11 PM | 949.555.1212 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 6 | 3:12 PM | 949.555.1212 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 6 | 3:15 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 6 | 3:17 PM | 703.901.0124 | Ashburn, VA | Alexandria, VA | 1 | -- | -- | -- |
| Sep 6 | 3:18 PM | 703.901.0124 | Ashburn, VA | Alexandria, VA | 2 | -- | -- | -- |
| Sep 6 | 9:11 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 5 | -- | -- | -- |
| Sep 6 | 10:23 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 4 | -- | -- | -- |
| Sep 8 | 7:03 PM | 703.901.0124 | Ashburn, VA | Alexandria, VA | 1 | -- | -- | -- |
| Sep 8 | 9:13 PM | 202.341.1141 | Ashburn, VA | VM Deposit, CL | 1 | -- | -- | -- |
| Sep 8 | 9:58 PM | 202.341.1141 | Ashburn, VA | Incoming, CL | 37 | -- | -- | -- |
| Sep 9 | 1:35 PM | 410.786.5927 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 9 | 2:05 PM | 917.819.5808 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 9 | 3:44 PM | 434.201.2423 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 9 | 3:45 PM | 989.495.9132 | Ashburn, VA | Incoming, CL | 5 | -- | -- | -- |
| Sep 9 | 5:05 PM | 703.901.0124 | Ashburn, VA | Alexandria, VA | 2 | -- | -- | -- |
| Sep 9 | 6:02 PM | 571.298.7565 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |

verizon✓ **Billing period** Aug 12, 2019 to Sep 11, 2019 | **Account #** 925165783-00001 | **Invoice #** 7899551978

# Jacqueline Beal

**518.495.9301 | iPhone 6S**

## Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Sep 10 | 10:51 AM | 703.729.6222 | Ashburn, VA | Leesburg, VA | 1 | -- | -- | -- |
| Sep 10 | 11:36 AM | 800.391.3000 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 10 | 6:25 PM | 518.278.9053 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 11 | 11:02 AM | 703.729.6222 | Ashburn, VA | Incoming, CL | 4 | -- | -- | -- |
| Sep 11 | 2:00 PM | 703.729.6222 | Ashburn, VA | Leesburg, VA | 1 | -- | -- | -- |
| Sep 11 | 3:18 PM | 703.901.0124 | Ashburn, VA | Alexandria, VA | 3 | -- | -- | -- |
| Sep 11 | 4:30 PM | 703.901.0124 | College PA, MD | Incoming, CL | 1 | -- | -- | -- |
| Sep 11 | 4:48 PM | 703.723.6800 | Ashburn, VA | Leesburg, VA | 1 | -- | -- | -- |
| Sep 11 | 5:13 PM | 703.901.0124 | Ashburn, VA | Alexandria, VA | 2 | -- | -- | -- |
| Sep 11 | 5:47 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |

# Jacqueline Beal

**703.901.0124 | iPhone 6S**

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Aug 12 | 5:26 PM | 518.495.9301 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Aug 13 | 12:39 PM | 703.430.7090 | Ashburn, VA | Herndon, VA | 1 | -- | -- | -- |
| Aug 13 | 1:02 PM | 703.430.7090 | Ashburn, VA | Herndon, VA | 1 | -- | -- | -- |
| Aug 13 | 1:13 PM | 703.430.7090 | Ashburn, VA | Herndon, VA | 5 | -- | -- | -- |
| Aug 13 | 2:03 PM | 800.800.4272 | Ashburn, VA | Toll-Free, CL | 19 | -- | -- | -- |
| Aug 13 | 4:07 PM | 518.495.9301 | Leesburg, VA | Albany, NY | 2 | -- | -- | -- |
| Aug 13 | 4:53 PM | 301.476.9815 | Leesburg, VA | Incoming, CL | 114 | -- | -- | -- |
| Aug 13 | 6:47 PM | 518.495.9301 | Ashburn, VA | Albany, NY | 1 | -- | -- | -- |
| Aug 13 | 6:47 PM | 518.495.9301 | Ashburn, VA | Incoming, CL | 3 | -- | -- | -- |
| Aug 13 | 7:13 PM | 321.693.3087 | Ashburn, VA | Incoming, CL | 18 | -- | -- | -- |
| Aug 13 | 8:50 PM | 518.495.9301 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Aug 14 | 6:01 PM | 518.495.9301 | Ashburn, VA | Albany, NY | 2 | -- | -- | -- |
| Aug 14 | 6:28 PM | 518.495.9301 | Dickerson, MD | Albany, NY | 3 | -- | -- | -- |
| Aug 14 | 8:55 PM | 518.495.9301 | Frederick, MD | Albany, NY | 2 | -- | -- | -- |
| Aug 14 | 9:33 PM | 518.495.9301 | Leesburg, VA | Albany, NY | 1 | -- | -- | -- |
| Aug 15 | 7:46 PM | 518.495.9301 | Fairfax, VA | Albany, NY | 7 | -- | -- | -- |
| Aug 15 | 8:05 PM | 321.610.1478 | Herndon, VA | Eau Gallie, FL | 12 | -- | -- | -- |
| Aug 15 | 8:11 PM | 518.495.9301 | Chantilly, VA | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 10:35 AM | 703.779.3301 | Ashburn, VA | Leesburg, VA | 1 | -- | -- | -- |
| Aug 16 | 10:36 AM | 703.779.3301 | Ashburn, VA | Leesburg, VA | 1 | -- | -- | -- |
| Aug 16 | 10:36 AM | 703.779.3301 | Ashburn, VA | Leesburg, VA | 1 | -- | -- | -- |
| Aug 16 | 10:37 AM | 703.779.3301 | Ashburn, VA | Leesburg, VA | 3 | -- | -- | -- |
| Aug 16 | 11:15 AM | 703.385.6789 | Ashburn, VA | Vienna, VA | 3 | -- | -- | -- |
| Aug 16 | 12:51 PM | 703.729.4900 | Ashburn, VA | Leesburg, VA | 1 | -- | -- | -- |
| Aug 17 | 5:59 PM | 321.610.1478 | Ashburn, VA | Eau Gallie, FL | 11 | -- | -- | -- |
| Aug 17 | 6:16 PM | 717.834.3320 | Ashburn, VA | Duncannon, PA | 1 | -- | -- | -- |

verizon✓ **Billing period** Sep 12, 2019 to Oct 11, 2019 | **Account #** 925165783-00001 | **Invoice #** 7913130042

# Jacqueline Beal

**518.495.9301 | iPhone 6S**

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Sep 12 | 1:04 PM | 949.440.1304 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 12 | 1:07 PM | 949.555.1212 | Ashburn, VA | Incoming, CL | 6 | -- | -- | -- |
| Sep 12 | 1:12 PM | 949.555.1212 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 12 | 1:17 PM | 714.390.3016 | Ashburn, VA | Incoming, CL | 8 | -- | -- | -- |
| Sep 12 | 2:08 PM | 312.796.0321 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 12 | 2:44 PM | 518.495.3843 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 13 | 10:54 AM | 773.127.5389 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 13 | 1:17 PM | 410.505.0262 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 13 | 2:01 PM | 410.505.0262 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 13 | 3:24 PM | 864.345.4579 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 13 | 6:27 PM | 800.266.2278 | Thurmont, MD | Incoming, CL | 1 | -- | -- | -- |
| Sep 13 | 6:38 PM | 202.341.1141 | Emmitsburg, MD | Washington, DC | 30 | -- | -- | -- |
| Sep 15 | 10:09 AM | 703.901.0124 | Allentown, PA | VM Deposit, CL | 1 | -- | -- | -- |
| Sep 15 | 10:12 AM | 703.901.0124 | Allentown, PA | Incoming, CL | 2 | -- | -- | -- |
| Sep 15 | 8:46 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 16 | 10:55 AM | 866.930.3305 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 16 | 1:31 PM | 703.858.5136 | Ashburn, VA | Incoming, CL | 3 | -- | -- | -- |
| Sep 16 | 7:52 PM | 800.266.2278 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 17 | 2:34 PM | 800.333.3474 | Ashburn, VA | Incoming, CL | 5 | -- | -- | -- |
| Sep 17 | 5:04 PM | 703.901.0124 | Ashburn, VA | Alexandria, VA | 12 | -- | -- | -- |
| Sep 17 | 8:08 PM | 443.631.0084 | Ashburn, VA | Incoming, CL | 12 | -- | -- | -- |
| Sep 18 | 10:31 AM | 866.930.3305 | Ashburn, VA | Toll-Free, CL | 2 | -- | -- | -- |
| Sep 18 | 11:34 AM | 518.495.2338 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 18 | 12:10 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 3 | -- | -- | -- |
| Sep 18 | 12:46 PM | 703.984.6519 | Ashburn, VA | Herndon, VA | 1 | -- | -- | -- |
| Sep 18 | 2:59 PM | 803.735.1034 | Ashburn, VA | Incoming, CL | 5 | -- | -- | -- |
| Sep 18 | 3:29 PM | 301.657.1500 | Ashburn, VA | Bethesda, MD | 34 | -- | -- | -- |
| Sep 18 | 4:13 PM | 703.984.6519 | Ashburn, VA | Incoming, CL | 10 | -- | -- | -- |
| Sep 18 | 4:22 PM | 703.984.6519 | Ashburn, VA | Herndon, VA | 4 | -- | -- | -- |
| Sep 18 | 4:39 PM | 571.306.1227 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 18 | 5:37 PM | 115.184.9525 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 18 | 6:27 PM | 703.936.8017 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 19 | 5:44 PM | 202.894.7272 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 19 | 8:21 PM | 703.951.3402 | College PA, MD | Incoming, CL | 1 | -- | -- | -- |
| Sep 19 | 9:14 PM | 703.901.0124 | College PA, MD | Incoming, CL | 3 | -- | -- | -- |
| Sep 20 | 11:24 AM | 518.495.7978 | Ashburn, VA | Incoming, CL | 9 | -- | -- | -- |
| Sep 20 | 1:29 PM | 703.901.0124 | Ashburn, VA | Alexandria, VA | 1 | -- | -- | -- |
| Sep 20 | 1:35 PM | 703.901.0124 | Ashburn, VA | Alexandria, VA | 1 | -- | -- | -- |
| Sep 20 | 4:09 PM | 800.841.3000 | Ashburn, VA | Toll-Free, CL | 1 | -- | -- | -- |
| Sep 20 | 4:09 PM | 800.841.3000 | Ashburn, VA | Toll-Free, CL | 71 | -- | -- | -- |
| Sep 20 | 7:09 PM | 703.901.0124 | Ashburn, VA | Alexandria, VA | 1 | -- | -- | -- |
| Sep 21 | 11:42 AM | 703.757.4844 | Ashburn, VA | Greatfalls, VA | 1 | -- | -- | -- |
| Sep 21 | 1:26 PM | 706.309.6968 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 21 | 2:58 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 21 | 4:53 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 4 | -- | -- | -- |
| Sep 21 | 5:50 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 3 | -- | -- | -- |
| Sep 21 | 7:04 PM | 800.333.3474 | Ashburn, VA | Incoming, CL | 11 | -- | -- | -- |

# Jacqueline Beal

**518.495.9301 | iPhone 6S**

## Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Sep 22 | 5:17 PM | 703.901.0124 | Ashburn, VA | Alexandria, VA | 1 | -- | -- | -- |
| Sep 23 | 12:45 PM | 410.337.9666 | Ashburn, VA | Towson, MD | 1 | -- | -- | -- |
| Sep 23 | 1:22 PM | 703.818.8222 | Ashburn, VA | Fairfax, VA | 9 | -- | -- | -- |
| Sep 23 | 2:05 PM | 706.309.6968 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 24 | 11:13 AM | 704.850.8594 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 24 | 11:59 AM | 704.850.8594 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 24 | 12:48 PM | 216.827.3391 | Ashburn, VA | Incoming, CL | 9 | -- | -- | -- |
| Sep 24 | 5:58 PM | 518.571.7795 | Ashburn, VA | Incoming, CL | 4 | -- | -- | -- |
| Sep 24 | 8:03 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 25 | 12:51 PM | 518.812.6613 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 25 | 12:56 PM | 518.580.8145 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 25 | 1:23 PM | 202.341.1141 | Ashburn, VA | Incoming, CL | 15 | -- | -- | -- |
| Sep 25 | 2:36 PM | 518.495.4859 | Ashburn, VA | Incoming, CL | 6 | -- | -- | -- |
| Sep 25 | 2:42 PM | 609.917.7110 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 25 | 5:45 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 25 | 9:23 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 3 | -- | -- | -- |
| Sep 26 | 7:11 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 26 | 7:34 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 26 | 7:38 PM | 609.921.0891 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 26 | 7:53 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 27 | 11:43 AM | 703.901.0124 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 27 | 11:43 AM | 703.901.0124 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 27 | 3:28 PM | 118.883.9737 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 27 | 8:23 PM | 703.757.4844 | Ashburn, VA | Incoming, CL | 29 | -- | -- | -- |
| Sep 27 | 8:51 PM | 518.495.9301 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 28 | 12:46 PM | 703.783.5401 | Leesburg, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 28 | 1:55 PM | 518.495.9301 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 28 | 2:50 PM | 609.921.0891 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 28 | 3:22 PM | 609.921.0891 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 28 | 4:17 PM | 518.495.9301 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 28 | 8:53 PM | 276.299.6803 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 28 | 10:14 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 29 | 4:39 PM | 276.299.6803 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 29 | 5:50 PM | 703.783.5401 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 29 | 5:52 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 3 | -- | -- | -- |
| Sep 30 | 9:48 AM | 212.831.8289 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 30 | 1:51 PM | 703.901.0124 | College PA, MD | Alexandria, VA | 5 | -- | -- | -- |
| Sep 30 | 4:17 PM | 703.984.6519 | Ashburn, VA | Herndon, VA | 3 | -- | -- | -- |
| Sep 30 | 4:20 PM | 212.831.8289 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 30 | 5:18 PM | 518.495.9301 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Sep 30 | 7:43 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Oct 1 | 5:35 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 5 | -- | -- | -- |
| Oct 1 | 5:51 PM | 518.495.9301 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Oct 1 | 6:15 PM | 610.970.7441 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Oct 1 | 6:16 PM | 877.773.5408 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Oct 2 | 11:24 AM | 518.495.3939 | Ashburn, VA | Incoming, CL | 5 | -- | -- | -- |

# Jacqueline Beal

**518.495.9301 | iPhone 6S**

## Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Aug 23 | 2:00 PM | 800.044.2101 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Aug 23 | 3:19 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Aug 24 | 12:05 AM | 703.901.0124 | New Cumber, PA | Incoming, CL | 1 | -- | -- | -- |
| Aug 24 | 5:03 PM | 717.848.1079 | New Cumber, PA | York, PA | 1 | -- | -- | -- |
| Aug 25 | 10:25 AM | 703.901.0124 | New Cumber, PA | Alexandria, VA | 1 | -- | -- | -- |
| Aug 25 | 10:50 AM | 703.901.0124 | New Cumber, PA | Alexandria, VA | 1 | -- | -- | -- |
| Aug 25 | 11:32 AM | 703.901.0124 | New Cumber, PA | Incoming, CL | 3 | -- | -- | -- |
| Aug 25 | 11:55 AM | 703.901.0124 | New Cumber, PA | Incoming, CL | 1 | -- | -- | -- |
| Aug 25 | 7:22 PM | 703.901.0124 | Ashburn, VA | Alexandria, VA | 1 | -- | -- | -- |
| Aug 26 | 1:53 PM | 706.309.6968 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Aug 26 | 2:55 PM | 877.276.8437 | Ashburn, VA | Toll-Free, CL | 32 | -- | -- | -- |
| Aug 26 | 3:32 PM | 877.276.8437 | Ashburn, VA | Incoming, CL | 3 | -- | -- | -- |
| Aug 26 | 7:52 PM | 703.726.2760 | Ashburn, VA | Leesburg, VA | 16 | -- | -- | -- |
| Aug 26 | 8:10 PM | 703.757.4844 | Ashburn, VA | Greatfalls, VA | 37 | -- | -- | -- |
| Aug 27 | 3:58 PM | 703.723.6800 | Ashburn, VA | Leesburg, VA | 1 | -- | -- | -- |
| Aug 27 | 4:17 PM | 703.901.0124 | College PA, MD | Incoming, CL | 1 | -- | -- | -- |
| Aug 27 | 7:17 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Aug 28 | 12:16 PM | 201.710.7218 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Aug 28 | 12:19 PM | 888.539.7474 | Ashburn, VA | Toll-Free, CL | 13 | -- | -- | -- |
| Aug 28 | 1:10 PM | 410.786.5353 | Ashburn, VA | Woodlawn, MD | 3 | -- | -- | -- |
| Aug 28 | 1:57 PM | 518.495.7300 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Aug 28 | 7:24 PM | 888.422.5654 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Aug 28 | 10:19 PM | 202.341.1141 | Ashburn, VA | VM Deposit, CL | 1 | -- | -- | -- |
| Aug 28 | 10:25 PM | 202.341.1141 | Ashburn, VA | Incoming, CL | 22 | -- | -- | -- |
| Aug 29 | 5:14 PM | 817.786.9077 | College PA, MD | Incoming, CL | 1 | -- | -- | -- |
| Aug 29 | 6:39 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 2 | -- | -- | -- |
| Aug 30 | 2:31 PM | 518.284.7974 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Aug 30 | 3:02 PM | 878.201.9429 | Ashburn, VA | Incoming, CL | 23 | -- | -- | -- |
| Aug 30 | 4:32 PM | 877.276.8437 | Ashburn, VA | Toll-Free, CL | 50 | -- | -- | -- |
| Aug 30 | 5:40 PM | 518.735.3562 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Aug 30 | 7:21 PM | 276.209.6146 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Aug 31 | 12:02 PM | 800.288.3456 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Aug 31 | 7:43 PM | 202.341.1141 | Ashburn, VA | Washington, DC | 22 | -- | -- | -- |
| Sep 2 | 2:24 PM | 680.060.3165 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 2 | 4:43 PM | 202.341.1141 | Ashburn, VA | VM Deposit, CL | 1 | -- | -- | -- |
| Sep 2 | 8:16 PM | 518.488.4716 | Ashburn, VA | VM Deposit, CL | 2 | -- | -- | -- |
| Sep 2 | 8:30 PM | 518.488.4716 | Ashburn, VA | Incoming, CL | 17 | -- | -- | -- |
| Sep 3 | 11:59 AM | 949.555.1212 | Ashburn, VA | Incoming, CL | 35 | -- | -- | -- |
| Sep 3 | 2:11 PM | 800.865.9408 | Ashburn, VA | Toll-Free, CL | 14 | -- | -- | -- |
| Sep 3 | 2:25 PM | 800.865.9408 | Ashburn, VA | Toll-Free, CL | 36 | -- | -- | -- |
| Sep 4 | 11:54 AM | 703.901.0124 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 4 | 12:17 PM | 949.555.1212 | Ashburn, VA | Incoming, CL | 24 | -- | -- | -- |
| Sep 4 | 12:55 PM | 949.555.1212 | Ashburn, VA | Incoming, CL | 1 | -- | -- | -- |
| Sep 4 | 1:51 PM | 949.555.1212 | Ashburn, VA | Incoming, CL | 20 | -- | -- | -- |
| Sep 4 | 2:21 PM | 703.901.0124 | Ashburn, VA | Incoming, CL | 3 | -- | -- | -- |
| Sep 4 | 2:27 PM | 949.555.1212 | Ashburn, VA | Incoming, CL | 4 | -- | -- | -- |