# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

**CHARLES R. CLEMENS**

**Plaintiff Pro Se**

**CIVIL ACTION NO. 1:21-CV-1002**

**v.**

**COUNSELORCHEN, P.C.** a Virginia Corporation
**CONSUMER SOLUTION CENTER,** an unregistered CA company.
**JOHN ESTRADA,** an individual operating an unregistered CA Company in VA.
**BRIAN W. BRITTAIN,** an individual operating an unregistered CA Company in VA.
**GLOBAL CLIENT SOLUTIONS,** an Oklahoma LLC
**CANDICE O'BRIEN,** an individual
**JOHN/JANE DOES 1-5** are unknown entities

**Defendants**

______________________________________/

**PROPOSED ORDER DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b)(2)**

On November 26, 2021, Defendants Brian W. Brittain, ECF. No.6, Consumer Solution Center, ECF No. 8, AND John Estrada, ECF No. 9, were each served at their last known addresses with the summons and complaint as attested to by certificates of compliance by The Secretary of The Commonwealth of Virginia. Answers were due December 17, 2021. Instead, the service of process has been returned by the United Staes Postal Service as being *"undeliverable, not known-unable to forward"*. On November 24, 2021, Defendant Candice

O'Brien was served with the summons and complaint by Plaintiff private process server, ECF No. 11. Ms. O'Brien's answer was due on December 15, 2021.

The time for Defendants to appear, answer, or move against the Complaint has expired without an appearance by Defendants; accordingly, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, it is hereby;

ADJUDGED that Plaintiff Charles R. Clemens recover from the Defendants the sum of $123,124.00, the amount claimed plus $402.00 in filing fees and $124.00 in service feeds, amounting in all to $123,526 plus interest on the judgment at the legal rate until the judgment is satisfied, and that the Plaintiff have execution therefore.

**SIGNED this ____ day of ____________, 2024.**

______________________________

**LINDSEY R. VAALA**
**UNITED STATES DISTRICT**
**MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA, VIRGINIA**

RECEIVED

2024 NOV 12 P 3:57