In the United States District Court
for the Eastern District of Virginia
Alexandria Division

Plaintiff's Name

Charles R. Clemens

v.                    Civil Action No. *(Enter Civil Action Number)*

Defendant's Name            1:21cv1002 -RDA-LRV

Consumer Solution Center       **NOTICE**
et al

PLEASE TAKE NOTICE that on Friday *(enter date for hearing)* August 22 2025, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the plaintiff(s) will present to the Court the Motion *(enter motion type)* Rule 72(b) objection & motion to amend

_____
*(Signature)*

Charles R. Clemens
_____
*(Printed Name)*
Address
Telephone Number

22527 Welborne Manor Sq.
Ashburn, VA 20148
(518) 225-9301
NYchuck@hotmail.com

FILED
AUG - 4 2025